# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Derrick Joseph Miles | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:12-cv-523-MGL |
| Sheriff Wayne Dewitt, Capt McElvogue, et al | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice pursuant to Rule 41b of the Federal Rules of Civil procedure for failure to prosecute and failure to comply with the orders of this court.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The Court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:  September 21, 2012                              *CLERK OF COURT*


                                                       s/Debbie Stokes
                                                       *Signature of Clerk or Deputy Clerk*